# EXHIBIT 2

**CONSENT TO JOIN WAGE CLAIM**

Print Name: Bret Glidewell
_____

1. I consent to join the collective action lawsuit filed against **The Giant Company** and any affiliated persons or entities to pursue my claims of unpaid overtime and related damages during the time that I worked with them.

2. I understand that these claims are brought under the Fair Labor Standards Act and applicable federal and state law.

3. I consent to be bound by the Court's decisions.

4. I designate the representative plaintiff named in the lawsuit and/or appointed by the Court as my agent to make decisions on my behalf regarding the lawsuit, including entering into settlement agreements, agreements with counsel, and all other matters related to the lawsuit.

5. I designate the law firm PARMET PC as my attorneys to prosecute my wage claims.

6. I understand and agree that my attorneys, the representative plaintiff, or the Court may in the future appoint other individuals to be representative plaintiff. I consent to the appointment and agree to be bound by the decisions made by the representative plaintiff regarding this matter. I understand that I may be selected or appointed to serve as a representative plaintiff.

7. If needed, I authorize this consent to be used to re-file my claim in a separate lawsuit or arbitration.

DocuSigned by:
_____    4/2/2022
Signature  9D70401FE7954DE...         _____
                                      Date

Ex. 2